**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6443**

---

ISAAC EUGENE SLAPPY,

                                    Petitioner - Appellant,

        versus

STATE OF SOUTH CAROLINA; ATTORNEY GENERAL OF
THE STATE OF SOUTH CAROLINA,

                                    Respondents - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  C. Weston Houck, Chief District
Judge.  (CA-94-109-3-2-BD)

---

Submitted:  January 7, 1997        Decided:  Jan7uary 31, 1997

---

Before ERVIN and NIEMEYER, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Isaac Eugene Slappy, Appellant Pro Se.  Donald John Zelenka, Chief
Deputy Attorney General, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion for a certificate of probable cause for appeal so that he may appeal the district court's dismissal of his petition filed under 28 U.S.C. § 2254 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214.

This court denied a certificate of probable cause for appeal and dismissed Slappy's habeas corpus petition in Slappy v. South Carolina, 92 F.3d 1181 (4th Cir. July 30, 1996) (No. 95-7725) (unpublished), cert. denied, ___ U.S. ___, 65 U.S.L.W. 3353 (U.S. Nov. 12, 1996) (No. 96-6191). Thus, this appeal is moot. Accordingly, we deny a certificate of probable cause and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2